EL PUEBLO, DEMANDANTE Y APELADO, *v.* GÉIGEL, ACUSADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Aguadilla
en causa por infracción de la ley de arbitrios.

No. 1532.—Resuelto en junio 28, 1920.

EVIDENCIA.—Un libro que prueba que el acusado ocupaba en determinado día en
su taller de despalillado a cierto número de empleadas es admisible en evi-
dencia aun cuando aparezca enmendado si el acusado no prueba que la en-
mienda no fué hecha por él.

ID.—PRUEBA TESTIFICAL—RENTAS INTERNAS.—Si con un testigo del acusado se
prueba que éste solo tenía licencia de rentas internas para emplear menos
de cincuenta operarias en su taller de despalillado, en el cual se probó que
ocupaba cincuenta y dos, el acusado no puede alegar como error de la corte
el que se permitiera probar con prueba testifical que no tenía la patente
correspondiente.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. A. García Ducós.*
Abogado del apelado: *Sr. J. E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tri-
bunal.

El apelante Antonio Geigel Paredes fué denunciado y con-
denado a pagar una multa de cien dólares y las costas, por-
que en el trimestre que venció en .30 de septiembre de 1919,
voluntaria y maliciosamente ocupaba en su taller de despa-
lillado de tabaco a más de cincuenta operarios sin que estu-
viera provisto de la patente correspondiente.

Un testigo del fiscal declaró en el juicio que el día 18 de
julio llegó al taller y encontró a cincuenta y tres mujeres
despalillando tabaco y que según un libro que ocupó al ape-
lante, desde el día siete de julio estaban trabajando cincuenta
y dos personas.  De la prueba del apelante resulta que él
solo tenía licencia para emplear cuarenta y nueve operarios,
pero que el día a que se refiere el testigo del fiscal si bien
habían más de cuarenta y nueve operarias en el taller, sola-
mente este número trabajaba en el despalillado de tabaco,
pues las otras se dedicaban a otras ocupaciones.

El fiscal presentó en el juicio el libro a que se refirió su

testigo y el apelante se opuso a su admisión fundándose en que estaba enmendado, y ahora alega que esa admisión fué errónea.

El solo hecho de que el libro estuviera enmendado no era motivo para rechazarlo a falta de prueba de parte del apelante de que la enmienda no fué hecha por él; pero aunque hubiera habido error en la admisión de tal libro, no constituye un defecto perjudicial para el apelante, porque prescindiendo de tal prueba, pudo ser condenado con la declaración del testigo del fiscal.

El otro motivo del recurso se funda en que se permitió probar que no tenía la patente correspondiente, con prueba testifical. No tiene tampoco fundamento esta alegación porque fué el propio apelante quien con su testigo probó que sólo tenía licencia para emplear menos de cincuenta operarios.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

.Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Hutchison.

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.